Case: 1:23-mj-00067
Assigned To : Faruqui, Zia M.
Assign. Date : 03/24/2023
Description: Complaint W/ Arrest Warrant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.:** |
| v. | **Agent of a Foreign Power (18 U.S.C. § 951) (Count One)** |
| **SERGEY VLADIMIROVICH CHERKASOV, a/k/a "VICTOR MULLER FERREIRA," DEFENDANT.** | **Visa Fraud (18 U.S.C. § 1546) (Count Two)** |
| | **Wire Fraud (18 U.S.C. § 1343) (Count Three)** |
| | **Bank Fraud (18 U.S.C. § 1344) (Count Four)** |
| | **False Statements (18 U.S.C. § 1001) (Count Five)** |
| | **Aggravated Identity Theft (18 U.S.C. § 1028A) (Count Six)** |
| | **Fraud in the First Degree (22 D.C. Code §§ 3221, 3222 (Count Seven)[1]** |

The basis for my knowledge and the foregoing charges are, in part, as follows:

### AGENT BACKGROUND

1.      Your affiant is a Special Agent of the Federal Bureau of Investigation ("FBI"), and

has been so employed since August 2021.  During my time at the FBI Academy, I gained

experience learning about Fourth Amendment seizures and authoring search warrants.  Since my

---

[1] D.C. Code offenses can be brought in the U.S. District Court for the District of Columbia if joined with any federal offense.  *See* 84 Stat. 477, Pub. L. 91-358, title I, § 111 (*codified at* 11 D.C. Code § 502 (3)).

time at the Academy, I have authored search warrants and gained experience in investigating counterintelligence and criminal cyber matters, including investigating operational activity of foreign intelligence services.  I have learned the facts contained in this Affidavit from, among other sources, my personal participation in this investigation, my discussions with other law-enforcement agents, searches that I have conducted, surveillance that I have conducted, and my review of documents, video and audio recordings, and other evidentiary materials.  Because this Affidavit is being submitted for the limited purpose of establishing probable cause, it does not include every fact I have learned during the course of this investigation.  Further, any statements related herein are related in substance and in part only.  I hereby swear to the following facts:

## RUSSIAN "ILLEGAL" FOREIGN AGENTS

2.      Your affiant is aware that intelligence services within the Russian Federation ("RIS") task individuals to covertly collect information on its behalf while in foreign countries, including the United States.  To obscure its intelligence-gathering mission, RIS will sometimes create false identities for its agents.  In order to hide connections between the agent and the Russian government, such covert agents will reside outside Russia in long-term, "deep-cover" assignments. Such agents are typically called "Illegals."

3.      In your affiant's training and experience, "Illegal" agents generally receive extensive training before coming to the United States.  That training typically focuses on, among

other things: foreign languages; covert communications; the use of codes and ciphers; the assumption of a false identity and cover profession; counter-surveillance measures; concealment and destruction of equipment and materials used in connection with their work as covert agents; and the avoidance of detection during their work as covert agents.

4.      In your affiant's training and experience, RIS provides Illegals with false identities and false personal histories and education that they implement as part of their cover.  That is known as the Illegal's false identity "legend."  The cornerstones of an Illegal's legend are false identity documents.  Through the use of those fraudulent documents, Illegals assume identities as citizens or legal residents of the countries to which they are deployed, including the United States.  Illegals will sometimes pursue degrees at target-country universities, obtain employment, and join relevant professional associations.  Those activities enhance an Illegal's legend.  Illegals may steal the false identity from another individual; create it from a deceased person; or falsely identify real people located in foreign countries as relatives, to provide a veneer of legitimacy to the newly created identity.

## CHERKASOV CREATES LEGEND IN BRAZIL TO WORK AS A RIS ILLEGAL

5.      The   DEFENDANT,   SERGEY   VLADIMIROVICH   CHERKASOV ("CHERKASOV"), also known as "VICTOR MULLER FERREIRA" also known as "VICTOR MULLER", also known as "VIKTOR MULLER FERREIRA" ("FERREIRA") is a Russian citizen

who falsely represented himself in the United States, Brazil and other countries to be a Brazilian citizen. CHERKASOV, acting under the alias of FERREIRA, was actually a Russian working on behalf of RIS.

6.     CHERKASOV was born in Kaliningrad, Russia, on ███████████████. According to Brazilian authorities, on or about June 13, 2010, CHERKASOV entered Brazil on a Russian passport for the first time. According to Brazilian authorities, on or about April 16, 2011, CHERKASOV used his Russian passport to enter Brazil a second time. A search conducted by Brazilian authorities revealed no record of CHERKASOV departing the country after he entered on April 16, 2011. According to Brazilian immigration records, CHERKASOV's Russian passport number was 628258454, and it identified his date of birth as September 11, 1985. Brazilian immigration authorities have provided the following photograph of CHERKASOV when he entered Brazil in 2011:



**Figure 1: Photograph of Sergey Vladimirovich Cherkasov upon entry to Brazil**.

7.      On or about October 27, 2009, a birth certificate in the name of VICTOR MULLER

FERREIRA was issued in Brazil.  It states FERREIRA was born in Brazil on April 4, 1989, and

his birth mother was a Brazilian national ("W1").  According to Brazilian government records, a

death certificate for W1 was issued in or about March 23, 2010.  The death certificate did not list

any children.  Interviews of W2, a close relative of W1, indicated W2 knew W1 well and had no

knowledge of W1 ever having given birth to a child.  W2 similarly did not know CHERKASOV

or the person whom the FERREIRA persona had identified as his birth father ("W3").   W3 is

identified by name in the FERREIRA birth certificate, and FERREIRA regularly used W3's name

as his father in official applications and records.  Brazilian law enforcement similarly confirmed

that no supporting documents for FERREIRA's birth in Brazil, are known to exist, and the hospital

that CHERKASOV identified as his birth hospital no longer exists.

8.      According to Brazilian authorities, on or about September 30, 2010, CHERKASOV

fraudulently obtained official Brazilian identification documents in the name of FERREIRA, and

began using that name in Brazil and elsewhere.  CHERKASOV then applied for and obtained a

Brazilian passport using the FERREIRA alias.  Brazilian law enforcement authorities reviewed a

Brazilian driver's license issued under the name "VICTOR MULLER FERREIRA."  The

photograph on that license, however, was different than CHERKASOV's and the signature on the

license did not match the signature found in FERREIRA's Brazilian passport.

**BRAZILIAN AUTHORITIES ARREST CHERKASOV FOR IDENTITY THEFT AND UNCOVER FURTHER EVIDENCE OF HIS ACTIVIY AS A RIS ILLEGAL**

9.      In or about March 31, 2022, CHERKASOV left Brazil to travel to The Hague to

start an internship with the International Criminal Court ("ICC"), a United Nations Organization.

CHERKASOV was denied entry into the Netherlands and returned back to Brazil.

10.     Upon CHERKASOV's return to Brazil on or about April 3, 2022, Brazilian law

enforcement arrested CHERKASOV and charged him with identity theft and fraud.  Brazilian

authorities later assessed CHERKASOV to be a Russian intelligence officer.

11.     When CHERKASOV was arrested by Brazilian authorities, he had on his person numerous electronic devices including Hard Drive 1, which contained a five-page document written in Portuguese that summarized CHERKASOV's FERREIRA legend.  The translated document listed his assumed parents' names, nationalities, and places of birth, as well as his father's residence and mother's burial location.  It provided the circumstances of CHERKASOV's birth and family dynamics.  It also provided sites, smells, and scenes from CHERKASOV's fictitious childhood.  For example, CHERKASOV stated:

> I remember [my aunt] as a short woman with a kind look, gray hair, and smooth hands.  She spoke Portuguese poorly and taught me some words in Spanish.  From my childhood, I remember well the Presidente Costa e Silva Bridge.  I used to love watching the cars cross it from Rio to Niteroi, but I did not like the smell of fish from the port close to home.  I think that for this reason I cannot stand fish – in contrast with other Brazilians who love seafood.  . . .

CHERKASOV created an explanation for his appearance, which he apparently felt was different from the native population:

> [M]y colleagues made jokes about my appearance and accent many times.  Despite the fact that I looked like a German person, they would call me gringo.  Thus, I had few friends; I would spend most of my time with my aunt who liked showing me an album of old family pictures.  She always told me I looked like grandmother.

CHERKASOV detailed his education and his reconnection with his father after the death of his aunt:

> Realizing that the money I had was not enough to pay for college, decided to look for my father.  Before her death, aunt … gave me his address in Portugal but said that it had been five years since she received as much as a letter from him.  After sending a letter there, I learned that my father moved to Brazil and live [sic] near Rio de Janeiro.  I sent a letter there and received a response, surprisingly swiftly ….
>
> In August of 2010, I arrived in Rio to meet father … father could barely speak Spanish and I forgot Portuguese.  Nonetheless, I decided to stay in Brazil to learn the language and to reinstate my citizenship.  Psychologically, it was difficult living with my father, so I moved to Brasília, and so, resolved two problems – firstly, it is easier to resolve citizenship reinstatement matters in the capital, where all important

> government agencies are handy, and on the other hand, it is a good excuse to avoid
> seeing my father.   . . .   I keep in touch with my father via the internet.

In your Affiant's training and experience, this document was used by CHERKASOV to help him commit to memory important details of his legend.

12.     Thumb Drive 1, Thumb Drive 2, and Thumb Drive 3 were also recovered by Brazilian authorities from CHERKASOV at the time of his arrest.  Thumb Drive 3 contained emails that indicated CHERKASOV hid electronic equipment in remote locations in Brazil just prior to his departure to The Hague in April 2022.  Based on my training and experience, Illegals often use sophisticated covert communication equipment that obfuscates their identity and communications with handlers.  Illegals also avoid traveling with covert communication gear in case it is identified or seized in transit.  I also have learned that the placement of this communications equipment, in a "dead drop" location, where a handler can later retrieve the material and/or uncover messages, is consistent with tradecraft used by Illegals.

13.     The messages left by CHERKASOV, in English, discuss "hiding places" for "equipment" off a trail in a jungle area near Sao Paolo, Brazil.  Below, one of the draft messages included a map and photographs of the surrounding foliage and area where CHERKASOV indicated the communications equipment would be located:



**Figure 2: Map from document drafted on March 24, 2022.**



**Figure 3: Supporting photograph labelled with caption of "Sigma Trail" marked in the map from Figure 2.**



View of the two abandoned buildings, located to the right side of the trail if going up the trail. One is more preserved and has an abandoned train inside it; second one is more destroyed, has no roof.

**Figure 4: Supporting photograph labelled with caption, showing location of "hiding places" mentioned in the document drafted March 24, 2022.**



View of the inside corner and the tree

**Figure 5: Supporting photograph of the inside of the building circled in Figure 4.**



View of the crack between the walls, the tree trunk and the rubble in the crack if standing inside the building

**Figure 6: Supporting photograph of the location of the placement of the "equipment" inside the building at the wall junction.**

14.     After CHERKASOV's arrest, electronic equipment was recovered from the areas identified in the draft messages.  Brazilian authorities provided the equipment to the FBI.  A review of CHERKASOV's email identified an Uber receipt from March 19, 2022, at approximately 5:55 p.m., that showed CHERKASOV's travel to a point just at the beginning of the "Sigma trail," where one of the pieces of electronic equipment was recovered.  As stated above, CHERKASOV left Brazil to travel to The Hague to start an internship with the ICC on or about March 31, 2022.

15.     On or about July 25, 2022, CHERKASOV was convicted of several counts of fraud in Brazil and sentenced to 15 years imprisonment.

**THE RUSSIAN GOVERNMENT CONFIRMS CHERKASOV'S IDENTITY AFTER HIS
ARREST AND ATTEMPTS TO EXTRADITE HIM FROM BRAZIL TO RUSSIA
BASED ON DUBIOUS EXTRADITION REQUEST**

16.     Following CHERKASOV's arrest in Brazil, the Brazilian government engaged in official correspondence with the Russian Federation.  The Brazilian government informed the Russian Federation of CHERKASOV's arrest and requested the Russian Federation confirm whether CHERKASOV was a Russian national.   The Brazilian government sent formal correspondence to the Consulate of the Russian Federation in Sao Paolo, Brazil, along with identification information and fingerprints taken of CHERKASOV.  On or about May 11, 2022, the Chargé d'Affaires for the Russian Federation Consulate in Sao Paulo, responded to the Brazilian government letter and confirmed the individual they arrested, with the FERREIRA Brazilian passport, was a Russian citizen named "SERGEY VLADIMIROVICH CHERKASOV," with date of birth of ▮▮▮▮▮▮▮▮.  The letter from the Russian Federation was on Russian governmental letterhead, and signed by the recognized representative for the Russian Federation General Consulate in Sao Paolo.

17.     Since on or about June 1, 2022, Brazilian authorities have regularly permitted representatives of the Russian Federation to meet with CHERKASOV while he has been incarcerated in Brazil.  In or about September 2022, Brazilian authorities confirmed the Russian Federation had filed extradition paperwork with the Brazilian Supreme Federal Court to extradite CHERKASOV to Russia ("Russian Extradition Request") based upon criminal conduct he had allegedly committed while in Russia.[2]  The Russian Extradition Request states CHERKASOV is

---

[2] Your affiant understands that Russia and Brazil have a treaty that allows Russian nationals to serve prison terms for Brazilian crimes in Russia.

a Russian citizen born in Kaliningrad, Russia with a date of birth of █████████.  The

Russian Extradition Request claims CHERKASOV was involved with narcotics trafficking in

2011 and 2013, in Russia.  The FBI currently has no evidence CHERKASOV was ever involved

in narcotics trafficking.[3]

18.     W4 is a romantic partner who has been close with CHERKASOV since at least

2014.  In communications CHERKASOV had with W4 after CHERKASOV was arrested in 2022,

CHERKASOV discussed his background and indicated the Russian government would be making

an extradition request that would allow him to return to Russia.  These communications include

the following:

    a.   On or about June 3, 2022, CHERKASOV asked W4 to ignore others and stay

       loyal to him.  He stated:

> Wow, I guess they don't know that they are going against the plans and wishes of
> the fucking world-known, highly trained, fucking military, convict that is backed
> up by a damn atrocious intellegence [sic] organisation [sic] that is known for its
> aggression against the "wrongdoers"?!  [. . .] I will come out of here and make them
> a call saying in by best [R]ussian accent, "Hkhallou 'Ai 'em yo'rr frendd."  Tell
> them this now!  And if they keep on mentally tormenting you, we have a wonderfull
> [sic] opportunity for them to go to Siberia and turn big stones into small stones for
> a couple of years.  That's a joke, ok?  A couple of weeks max.  They won't last
> longer.  Also a joke, ok?   . . .
>
> Relax [ ]!  Nobody will jump your father and you lol.  Max that they can do is to
> send you some message on IG [Instagram] saying that they are journalists and want

---

[3] Your affiant is aware a Netherlands-based investigative media organization published an article
casting doubt on the merits of the narcotics charges underlying the Russian extradition request.
*See* Christo Grozev, "Moscow's Mule: How Russia Rewrote a Narcotics Case to Get Its Spy
Back," November 28, 2022, published at https://www.bellingcat.com/news/2022/11/28/moscows-
mule-how-russia-rewrote-a-narcotics-case-to-get-its-spy-back/.

a letter from you.  That's all!!!  If they do more than that, they know that their [A]merican amigos that were caught in Ukraine will lose their balls some fucking moment.  Sorry, but for them you are less important, sorry . . .  If you receive any message like this just be polite and say "no."  Over!

      b.  CHERKASOV sent other images of handwritten letters to W4, including one on or about June 7, 2022:

No fucking way I'm staying here lol.  So yeah, consider this sentence a formality.  They "had" to give me a big sentence to save their faces ok?  Nobody is going to sit here serving fucking 15 years for a fake passport!  . . . Ready to travel North?  We are waaaitiiing . . . . .  [. . .]  You know that McDonalds left Russia and I think the new chain will be called McIvan.  Also I'm not sure if BMW motor-cycles are sold in Russia still with all that war-shit.  If not then when will I exchange your dimond [sic] for?

On or about August 25, 2022, CHERKASOV wrote again to W4:

Good news is that in 2 weeks my case is gonna be finished (like no revision of it, no appeal, like boom over).  And when it's finished, then my extradition is on.  According to my friends the paperwork takes 3-4 weeks, maybe faster.  We don't know.  Also much of the paperwork could be done before the "finishing" of the case, so we are very positive about September.  Fingers crossed.  But I truly feel the end is near, [W4 first name].  . . . I dream a lot about our New Year - you and me in St. Petersburg in snow walking to the Winter Palace.  All will be well [happy face image] [signed] Prisoner of War.

(Emphasis in original).  Based upon CHERKASOV's statements about the Russian extradition, your Affiant believes, based on his training and experience, that the Russian Federation extradition request is based on false information to obtain the release of its Illegal agent.  Your affiant also believes CHERKASOV's comments about Russia indicate he is attempting to convince W4 to join him in Russia.

## OTHER EVIDENCE OF CHERKASOV'S RUSSIAN IDENTITY AND WORK FOR RIS

19.    Witnesses close to CHERKASOV, CHERKASOV's travel and phone records, a Russian medical record in CHERKASOV's name, and other statements by CHERKASOV provide further evidence of CHERKASOV's Russian identity.

*CHERKASOV's Communications with Trusted Confidants*.

20.    On November 13, 2021, W4 and CHERKASOV discussed financial issues in electronic communications.  W4 asked CHERKASOV "Wtf where does money go[?]  From friends??"  CHERKASOV responded, "We messed up one thing[.]  We had to pay for [abbreviation for University 1, a U.S. academic institution of higher education, with a location in the District of Columbia.][.]"  Based on your affiant's training and experience, W4's inquiry about money from "friends" was a reference to the RIS, and CHERKASOV's response confirmed that money from the RIS was used to pay for his education at University 1.

21.    W4 also communicated with CHERKASOV about an individual who CHERKASOV referred to as "Diver."  CHERKASOV sent W4 audio messages using an electronic messaging application.  In one set of audio messages sent by CHERKASOV to W4 on or about April 1, 2022—the same day that CHERKASOV was denied entry into the Netherlands, but before he was arrested in Brazil—CHERKASOV asked for W4's assistance:

> The thing is, I'm not sure if I'm calling the number of the diver. I need to get it but I don't know how.  The only way to get it is from Hala, but she will start suspecting something.  Ok, so if she writes something like 'hey by the way, like, can I, like, can you also give me the phone number for Andrew, ok, from the office?'  Something like that. Yea, just for me, to know if something happens that I can contact him.  How do you think, what would be wise to do it? I think she will start suspecting something.  And if she starts suspecting something, that's it, she'll fucking commit suicide, pretty much.

In a subsequent message, CHERKASOV described the covert manner in which the number for "the Diver" must be obtained by W4:

> You can say something that 'Once, Victor gave me the number of Andrew from the office, just in case if something happens, but you seem to lose it, ok you have lost it, because there was some glitch with your phone.  Can she remind you just in case because Victor is traveling and all this shit, blah blah blah blah,' like this way.

CHERKASOV's efforts to get W4 to help him contact his handler after being denied entry to the Netherlands is consistent with how Russian handlers may try to assist or intercede with Illegals who may be in jeopardy of being discovered.

22.     On February 8, 2022, CHERKASOV had a conversation with a female with whom he was involved in an intimate, romantic relationship.  The female asked, "When do you meet diver[?]"  CHERKASOV later responded on February 14, 2022, "BTW I see Diver first week of march[.]"  On February 28, 2022, the female inquired of CHERKASOV, "Tomorrow you travel? Rio[.]"  CHERKAOV responded, on February 28, 2022, "Yea, maybe. Diver might not be able to come."  The female responded on March 2, 2022, "Divers coming?"  CHERKASOV responded, "Yea he is[.]"  Thereafter, the female and CHERKASOV communicated the following on March 3, 3022:

| Female: | You done from [] diver[?] |
|---|---|
| CHERKASOV: | Yea for today yeab [sic][.] |
| CHERKASOV: | We will meet up tomorrow as well but just for a lil bit[.] |
| CHERKASOV: | I said if I don't get married this year, we are for sure done. The woman can't take it anymore. |
| CHERKASOV: | Diver said yea you gotta push the issue as soon as you are in Europe. |
| Female: | Very helpful diver[.] |
| CHERKASOV: | Well he left me some cash[.] |

23.     In your affiant's training and experience, these discussions indicate that "Diver" is one of CHERKASOV's handlers.  In my training and experience, RIS handlers covertly meet and communicate with Illegals and provide them with taskings and payments for expenses, such as tuition.  That CHERKASOV is seeking permission to marry is telling of the control RIS commands over Illegal's lives and the risk CHERKASOV knows he is undertaking by marrying an individual who is not a trained intelligence officer.

*CHERKASOV Travels to Russia for Medical Tests.*

24.     On August 12, 2021, CHERKASOV received an email from a booking website regarding an August 19 to 22, 2021 reservation at the Konyak Hotel in Yerevan, Armenia.  In another email account controlled by CHERKASOV, on August 12, 2021, CHERKASOV received an email from an airline website confirming his travel itinerary for a flight on August 19, 2021, departing Dublin and arriving in Yerevan with a layover in Frankfurt.  The itinerary indicated it was for FERREIRA.  Prior to CHERKASOV leaving for Yerevan, on or about August 15, 2021, CHERKASOV conducted a search for "Train from Yerevan to Moscow" using an online search tool.

25.     On or about September 12, 2021, CHERKASOV sent an email from his email address bokov3991@yandex.ru, to W4, with a subject line, in English, "Tests again."  The email body stated in English, "Here are the tests."  Attached to the email message was a document titled, "210918232952 Черкасов С.В..pdf."  The 210918232952 Черкасов С.В..pdf was a medical testing report written in Cyrillic (Russian).  A translation of the report indicates it was prepared for "Cherkasov Sergey Vladimirovich, DOB September 11, 1985."  The test was conducted on or about September 8, 2021, at a clinic in Kaliningrad, Russia, where CHERKASOV was born and his mother lives.

26.     Yandex.ru is a Russian internet service provider.  The email address bokov3991@yandex.ru has the same handle "bokov3991" as account "bokov3991@gmail.com," which is an account that Google has linked by cookie to CHERKASOV's known Google account.  The account bokov3991@gmail.com was created on August 20, 2021.  The creation IP address of the  bokov3991@gmail.com  account  was  195.250.69.2,  which  geo-locates  to  Armenia.  CHERKASOV's  known  Google  account  had  an  IP  address  account  log-out  resolving  to

95.55.214.148 on August 31, 2021.  That IP address geo-locates to Kaliningrad, Russia.  The IP address log-in thus indicates CHERKASOV was in Kaliningrad approximately eight days prior to the medical testing report he provided to W4.

27.     *CHERKASOV's Potential Ties to the Russian Military*: When Brazilian authorities arrested CHERKASOV, they also seized his Samsung Galaxy Note 20 smartphone.  The FBI conducted a search of the phone and discovered the telephone number W4 identified as belonging to CHERKASOV's mother in Kaliningrad was stored in his contacts on the phone.  The search also showed CHERKASOV exchanged over 90 phone calls with another Russian phone number ("R1 Number") in July 2018.  Open-source research indicated the R1 Number is tied to a Telegram account with username ("Telegram Account 1").  In my training and experience, I know that Russian social media platform VKontakte ("VK") is a popular platform used by millions of individuals around the world.  An open-source search of the username for Telegram Account 1 on the VK platform revealed a user with subscriber name W5 based in Moscow, Russia.  W5 has several photo albums on his VK account.  The profile photograph on the Telegram account of Telegram Account 1 match those on the VK account linked to W5.  One of the photo albums on W5's VK page was written in Cyrillic (Russian) that when translated to English is titled "Who we were and where we were."  The first photograph, posted on May 31, 2011, (Figure 7) is of a group of individuals wearing military-style fatigues, with W5 standing fifth from the right.  A person who appears to be CHERKASOV is located on the far right of the image (red circle).



**Figure 7: Photograph of CHERKASOV and W5 in military fatigues from VK**

Another photograph posted on November 8, 2008, (Figure 8) shows W5 (third person from the left) with a group of friends.  One of the individuals is tagged as "Сергей Черкасов," which translates to "Sergey Cherkasov."



**Figure 8: VK photograph containing a tag of "Sergey Cherkasov"**

The November 8, 2008 photograph (Figure 8) also contains a tag (not shown) with the Cyrillic name W6.  The VK platform contains a page associated with W6's name.  That page includes a photo posted on September 28, 2012, (Figure 9) showing individuals wearing military-style fatigues.  CHERKASOV (red circle) appears on the left, along with individuals believed to be W5 and W6, from left to right.



**Figure 9: Photograph of Sergey CHERKASOV, W5 and W6 from VK platform**

Your Affiant has met with FBI Special Agents who have met CHERKASOV in person in 2022, and these Special Agents have indicated that the circled images in Figures 7, 8, and 9, are of CHERKASOV.

> *CHERKASOV Video With Mother.*

28.   As part of its investigation, the FBI has recovered, pursuant to legal process, a video of CHERKASOV taken in or about 2017.   In the video, CHERKASOV is speaking in Russian with a female who describes CHERKASOV as her "beloved son."   The video is taken at a restaurant that is identifiable, and is located in the Moscow Airport.   In the video, CHERKASOV discusses in Russian wanting to memorialize his meeting with his mother by etching his name and her name on an object inside the restaurant.   When he does so, he states in Russian that he will do

so by writing the names "Galya and Serega." Your affiant is aware that "Galya and Serega" are the Russian diminutive forms, respectively, for "Galina and Sergey." Your affiant is also aware that CHERKASOV's mother's first name is Galina, and that CHERKASOV's first name is Sergey. An image from the video is located at Figure 10.  Your Affiant has met with FBI Special Agents who have met CHERKASOV in person in 2022, and these Special Agents have indicated that the images in the video are of CHERKASOV.



**Figure 10: Photograph Stills of Sergey CHERKASOV from Video**

## CHERKASOV'S COMMUNICATIONS WITH HIS HANDLER

29.     On Thumb Drive 3, the FBI recovered an email that CHERKASOV drafted on or about March 11, 2022.  The email described CHERKASOV's plan to pay someone to provide him with false proof of residency so he could obtain Portuguese citizenship to apply to work at the ICC.  Your affiant is aware that the ICC was of particular interest to Russia in March 2022, after

it received numerous public referrals regarding human rights violations committed by Russia and

its agents during its invasion of Ukraine in February 2022.  The message read:

> Passed the security checks of ICC and was accepted to the position of Junior
> Analyst of the Preliminary Examinations Section for the trial period of 6 months,
> without a salary.

> Our documents for citizenship are 80% full and ready for the application for the
> Bureau of Naturalization in Portugal.  The only thing left is the proof of residency.
> I managed to find a seller who would agree to take cash dollars.  Please, mind that
> here in South America fraud and money laundering is very common, therefore find
> [sic] a person who would agree to take this amount of cash in foreign currency is
> not easy.  The apartment resulted [sic] to be a bit more expensive with a value of
> 190.000 reais.  Plus 7400 reais of tax for transfer of property.  Meaning I had to
> give our USD35.000 plus 23.000 reais from my savings.  Currently we are setting
> up all the paperwork.  The transfer of the property is likely to be finished next week.
> Then I will have a proof of residency and the complete package of the necessary
> documents for the Portuguese citizenship.

CHERKASOV then requested "a possibility to meet with a courier before" going to the

ICC, since he was going to stay there "without salary."

30.    In the same message CHERKASOV also provided information on a person he

was developing as a human source in Brazil who helped him, and could potentially help others

working for RIS, obtain identity documents.

> In November 2021 got [sic] acquainted and established contact with [C1] . . . .
> Managed to develop and deepen the contact on the basis of mutual interest towards
> astrology, movies and local stand-up comedians.  Since then made [sic] more than
> 30 encounters with [C1] strengthening the contact.

> ***

> [C1's] duties . . . include recognition of signatures and their authorization,
> apostilles, copies of documents and etc.  When I didn't have my RG (identification)
> she managed to authorize the photo of it from my phone and provide a special note
> of authorization.  With this authorization I managed to initiate the citizenship
> process, get new drivers [sic] license and obtain new certificates of birth and etc.
> without even having a national ID.  She authenticated all of the "fathers"
> documents, which helped to save a lot of time and unnecessary attention of the

lawyers.  [C1] nullified the fines for not voting in brazil [sic] for 5 years, cleaned my CPF[4] and is ready to authorize the purchase of my apartment as "made with legitimately obtained financial assets" in the civil registry, so I will not have to demonstrate the origin of the money.  For her help I gave her a present in January – Swarovsky necklace worth USD$400.

[C1] proved to be a useful and trustworthy friend.  She is quite religious and believes that helping people in need is what will deliver her to paradise after death. She feels happy when she can help, asking her for help is pretty easy.  I believe that [C1] can be used for the purposes of our work, related to documentation.

31.    The FBI also recovered a draft message from CHERKSASOV on Thumb Drive 3 from on or about March 24, 2022.  CHERKASOV wrote about potential places he could travel to meet a RIS courier and the cover story he would give based on his legend:

Your instructions and directives are understood.  Ready to move to the Hague.  My new address will be . . . Gravenhage, postal code 2573.

With regards to the planned meeting with a courier at the end June, I am not sure if my Dutch working visa will allow me to re-enter the country.  I will have to clear it our [sic] with the ICC.  As for the places of meeting I think Brazil presents more valid explanations for travelling such as: citizenship process and it's [sic] validation with the Brazilian authorities, unfinished process of purchasing the new apartment and some family tragedy of Taise.  However, we can also consider the Philippines under excuse of search for destroyed father`s grave.

## CHERKASOV'S COMMUNICATES WITH RUSSIAN AUTHORITIES ABOUT PAYMENT FOR HIS SERVICE AS AN ILLEGAL AGENT

32.    CHERKASOV used a number of email accounts using the FERREIRA legend to facilitate his fraudulent scheme, including Yahoo Account 1.  CHERKASOV used that account to communicate with University 1 and the U.S. Department of State ("DOS") using the FERREIRA legend, to facilitate his fraudulent identity scheme in the U.S., and to communicate

---

[4] CPF card is a Brazilian national identification card.

with persons from the government of the Russian Federation.  For example, CHERKASOV used the Yahoo 1 Account on multiple occasions to contact individual "C2" who was communicating with CHERKASOV from Brazil.  C2 communicated with CHERKASOV on numerous matters, including financial matters, between at least July 22, 2016, and December 27, 2019.   According to a translation of C2's curriculum vitae, C2 worked in Brazil at "The General Consulate of the Russian Federation," for "General Consul [M.G.]"[5]

33.     C2's   communications   with   CHERKASOV   confirm   his   knowledge   that CHERKASOV was a Russian national who was taking direction from the Russian Consul.  For example, on or about December 8, 2016, C2 sent CHERKASOV the following email to his Yahoo account in Portuguese (unofficially translated to English as follows):

> Hello Victor!
>
> Good evening!
>
> It seems your father is worried for not receiving any news from you.  Send him news.  [M.G.],[6] Russian Consul, requested that from me.  Next week I should make a new transfer.  Do you prefer Western Union or Moneygram?  Does it make any difference for you?
>
> Hugs

34.     Shortly thereafter, on or about December 15, 2016, C2 sent CHERKASOV € 750 to his Bank of Ireland account registered in the FERREIRA name.

---

[5] Full name used.
[6] Full name used.

35.     Other emails show C2 took direction from another person, M.G., about financial payments that C2 sent to CHERKASOV.  In correspondence between C2 and M.G., C2 refers to M.G. as "Mikhail" and the email address is identified in C2's contacts as "MikhailRussia."  For example, on or about November 30, 2016, C2 forwarded M.G. correspondence from CHERKASOV that indicated another payment to CHERKASOV was imminent.  M.G. responded by sending an email to C2 instructing C2 to make a payment to CHERKASOV: "Friend; thank you very much.  Let's do another one on the 14th of December."  According to further correspondence, CHERKASOV was able to receive the original transaction intended via MoneyGram.  However, after corresponding to CHERKASOV that C2 would attempt to make transactions via Western Union the following day, financial records indicate C2 attempted to make two separate transactions via Western Union shortly after on December 16 and 18, 2016, for $842.65 and $867.55, respectively, but the funds were never transferred to CHERKASOV.  CHERKASOV corresponded on December 19, 2016, that Western Union would not work properly and moving forward, the transactions should be made via Moneygram.  C2 corresponded back to CHERKASOV on December 20, 2016, that C2 had sent €750 again via Moneygram to CHERKASOV.

36.     C2 also stated in other emails that C2 previously owned a travel agency in Brazil, and that the Russian Federation was one of C2's best clients.  C2 later moved to the Russian Consulate after C2 closed the travel agency.

37.     On or about March 8, 2017, C2 wrote a letter of recommendation for CHERKASOV for a university located in Canada.  In the letter, C2 indicated FERREIRA worked as a travel consultant for C2 from May 2014 until March 2017, and as a senior event manager in

June 2015.  C2 also wrote a "Guarantor's letter" on CHERKASOV's behalf in Portuguese in April and May 2013, to assist CHERKASOV's academic applications.

38.     C2 regularly communicated with CHERKASOV, using the Yahoo 1 account, regarding numerous payments made to CHERKASOV through Moneygram, Western Union, and other means.  The payments from C2 were in the FERREIRA name and were made to him in 2016, 2017, 2018, and 2019. The payments were in various currencies which totaled in excess of $21,000.  A number of the payments in 2018 and 2019 were made to locations in the United States.  C2's email account further confirmed that M.G. regularly directed C2 to make payments to CHERKASOV.  On or about November 23, 2016, CHERKASOV, using the same Yahoo account, communicated to C2 that he had obtained a wire transfer from C2.

39.     CHERKASOV also used his Google account in his communications with University 1.  On or about August 31, 2021, CHERKASOV's Google email account indicated it had been logged into from IP Address 95.55.214.148 with a logout.  The 95.55.214.148 IP Address resolves to ROSTELCOM-AS, which is hosted by baltnet.ru, and located in Kaliningrad, Russia, CHERKASOV's birthplace.

## CHERKASOV ACTED AS A FOREIGN AGENT OF RUSSIA IN THE UNITED STATES

40.     As described above, Illegals engage in long-term operations that require tediously developing their legends to give them the greatest opportunity to pass as authentic.  During the developmental phase, Illegals are tasked with collecting intelligence in foreign nations such as the U.S.  In order to do that effectively, Illegals must assimilate to their new culture and play their role in order to: (i) recruit sources who can infiltrate government, private industry, and defense circles; and (ii) gather information to send back to Russia.  Set forth below are some instances of how

CHERKASOV—while in the U.S.— developed his cover story, gained a U.S. degree, built his legend, collected intelligence, and passed this intelligence to RIS.

41.     On or about December 7, 2019, while living in the U.S., CHERKASOV received an email at one of his known FERREIRA legend email accounts from an individual with the initials "M.S."  M.S. claimed to be a stranger who had befriended FERREIRA's father. M.S. informed FERREIRA that his father had just passed away, and M.S. further requested "Vic," (CHERKASOV) come to the Philippines to meet him to "set up his papers" and go over other issues.  The e-mail address for "M.S." was created on December 7, 2019, the same day the message was written to CHERKASOV and just minutes prior to the email being sent to CHERKASOV.  In my training and experience, when foreign agents are forced to use public electronic communication methods, they frequently create new accounts to be used only once to make it more difficult for their communications to be tracked.  The creation IP address for the M.S. email address resolved to a provider in the Philippines.

42.     On the same day CHERKASOV replied to "M.S." via email and stated:

This is tragic news, but I have to thank you for letting me know and for finding me.  Me and my father, we were not that much of friends, as you might know, yet still the news about his death fell hard on me.  I know that he was fighting cancer for years, but I still can't believe that it's over, that he is gone.  Yes, I think it will be a right idea to meet up and make everything settled.  I have some important work till day 12 of January 2020.  Unfortunately, I can't cancel it to come earlier.  But I'm sure I will be able to come to the Philippines immoderately [sic] after.  I might plan to be day 13 or 14 of January.  Hope it will be OK for you.  Please, feel free to contact me at any time via this email or on my phone [D.C.-based phone number]."

43.     On or about December 14, 2019, CHERKASOV sent M.S. a response by email:

[M], how are you doing!
I just go [sic] tickets to Manila.  Arriving day 13 of Jan, but rather late around 6-7pm.  I think it's better for us to meet up day 14, what do you reckon?  I'll stay around till [sic] day 17 evening, so I hope we will have enough time to settle the things."

44.     Prior to going to the Philippines, in January 2020, CHERKASOV—using the false

FERREIRA identity—traveled to Israel for a school trip sponsored by University 1.

45.     On or about January 16, 2020, CHERKASOV, using his D.C.-based phone number,

texted with M.S. at a Philippines-based number for M.S. the following:

| | |
|---|---|
| CHERKASOV: | Hey [M],[7] I arrived…Where do you want to meet? |
| [M.S.]: | Grab a taxi and ask to drive via skyway. |
| CHERKASOV: | On my way. Will be there in approx. 15 min. |
| [M.S.]: | Ok. Here |
| CHERKASOV: | I can't find it |
| [M.S.]: | Names? |
| CHERKASOV: | Yea, I'll text you then when I'm in the airport. |
| CHERKASOV: | Texting you the names. |
| CHERKASOV: | Sent you a list there. Now whom we met. |
| CHERKASOV: | All people from the Jerusalem Embassy, literally every single one, even LGBTQ advisor. [N.G.][8] – security expert, local. I think he is a spook.  [?.L.][9] kingmaker' – [Israeli political]  party leader |
| CHERKASOV: | The previous list didn't sent [sic], I'll retype it. |
| CHERKASOV: | Can I send it to you email? |
| CHERKASOV: | This SMS shit kills me |
| [M.S.]: | Sure. |

46.     On or about January 17, 2020, CHERKASOV sent M.S. an email with a screen shot

of names, mostly U.S. persons ("USP"), stating the following:

Just a list of interesting people that I was talking to you about

Experts side:
[USP 1][10]– DoS, middle Eastern direction advisor the president admin, former
[University 1] student.

---

[7] Full first name used.
[8] Full name used.
[9] Only full last name used.
[10] Full name used.

[USP 2][11]– FDD, military security adviros [sic] to the Congress Committee on Intelligence, [USP 3]'s[12] assistant.
["TT1"] [13] group: [USP 4][14]– [USP 5][15] chair, came only for a day though,
[USP 6][16]– main guy to call shots, Israeli expert came with small team of his own.
[University 1, University 2] student leader: [USP 7][17]– Anapolis [sic] Naval Academy Cyber Sec instructor

47.     In your affiant's training and experience, CHERKASOV's communications with M.S. indicate M.S. is an alias for CHERKASOV's RIS handler.  The communications confirm CHERKASOV was collecting and passing information about Israeli and U.S. persons to RIS while he was located in the U.S.    At the time CHERKASOV met with M.S. he was a student at University 1 and residing in the U.S.

48.     Starting in or about January 2020, CHERKASOV, using the FERREIRA alias, applied for numerous job positions in the United States, the District of Columbia and elsewhere. CHERKASOV applied to positions in several international organizations, including the United Nations and the ICC; sensitive positions at U.S. companies that required a security clearance; U.S. universities; U.S. think-tanks; U.S. financial institutions; a U.S. media outlet; and a position in the U.S. government.

49.     As discussed above, when CHERKASOV was arrested by Brazilian authorities, he had on his person several electronic devices, including Hard Drive 1, which contained CHERKASOV's legend and thumb drives that contained draft messages CHERKASOV wrote to his RIS handlers.  Some of the messages reflected CHERKASOV's visa applications to the U.S.

---

[11] Full name used.
[12] Full name used.
[13] T.T. refers to a U.S.-based Think Tank.
[14] Full name used.
[15] Full name used.
[16] Full name used.
[17] Full name used.

a.      On or about May 13, 2018, CHERKASOV drafted an electronic message on Hard Drive 1, celebrating the team effort that resulted in him having been accepted to University 1:

> Hi there man
>
> Today we made the future - we managed to get in one of the top schools in the world – [UNIVERSITY 1][18]. This is the victory that belongs to all of us man - to the entire team. Today we fucking drink!!!
>
> [UNIVERSITY 2][19] is still silent, but to be honest, bro, I don`t give a damn. Remember that I told you that [UNIVERSITY 1] is a better place for us?! Trust my word - it is better. And there is no better and more prestigious place for us to be.
>
> We                 fucking                 did                 it!!! AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
>
> Now we have time till [sic] 11 April to agree to their invitation and pay 500 buks [sic] for the admission. WE have time and the money is coming, so that is good.
>
> We won this battle, but there is another one ahead - the visa. [UNIVERSITY 1] also has this international assistance department so I will contact them as soon as I sober up hahahaha and ask them what can they do for me.
>
> We fucking did it, I can`t believe it, bro. We put ourselves on the top of the hill, OMG."

b.      On or about May 29, 2018, CHERKASOV drafted an electronic message on Hard Drive 1 expressing his excitement on having received a U.S. visa. CHERKASOV stated his belief that his prospects of obtaining U.S. citizenship and a job were "fantastic." Finally, he made plans to meet his handler:

> Man, I got it! I fucking got it! I`ll send the sky today. The work is done - we will go to the US. We will go there with a status of a fucking top-dude with the fantastic work perspectives, citizenship perspectives. We go there being welcomed! We won, bro. Now we are in the big-boys league.

---

[18] The initials of University 1 were used.
[19] The initials of University 2 were used.

Look how was it in the embassy - the dude just checked my previous visa, looked at my DoHS certificate, asked for how long was I staying here, asked who gave me the money and with a big smile granted me the visa.

Fuclking [sic] easy life!!  You see, how the decision to get the tourist visa was important?  And the whole shit about the money transfers ans [sic] DoHS?!  You see how this stuff decided everything!  We put our money on the right horse, bro.  Thanks for trusting me on this one.

Now to the most important stuff!  The visa is ready next week.  When are you guys ready to see me?  Day 8 or smth [sic]?  Also, man,m [sic] can I ask for a small favour? [sic] Can you please, ask if they can do that traditional B-soup,[20] in the hotel that I am going to stay for my arrival?  I am literally duing [sic] to eat it!  I was dreaming of it the whole year!!! Bro, please!!!"

50.     On or about November 29, 2021, CHERKASOV drafted an electronic message found on Thumb Drive 1 about U.S. policy towards the potential Russian invasion of Ukraine.  Based on my training and experience, the message appears to be based on intelligence CHERKASOV gathered from U.S. persons.  Before providing details, CHERKSASOV explained:

From 17.11[21] I was working with my contacts on [TT 2][22] and [TT 3][23] to find out what the academic community, political advisors and analysts think about the recent Russian military build-up near the Ukrainian border.  Especially I was aiming to find out what are their advice to the administration.

According to [USP 8][24] (the contact from [TT1][25], the guy who helped with the START sky), confirmed by [USP 9][26] – there is "shit tons (a lot of) of talks what this expansion means". [sic] [TT1][27] is now producing a report for DoD with analysis of differences in the current military expansion near Ukrainian border and the one in 2014/15.  On the basis of this analysis, they will be trying to estimate how dangerous it is and propose their recommendations.  So far, from [USP 8][28], I

---

[20] Russian borscht is a beetroot soup that is a staple in Russia.

[21] In your affiants training and experience, "17.11" is a common abbreviation for date and month (with dates inverted) which is common among Russian speakers.

[22] Full name used.

[23] Full name used.

[24] First name and last initial used.

[25] Abbreviation used.

[26] Full name used.  USP 9 appears to be a Professor at University 1.

[27] Abbreviation used.

[28] First name used.

managed to get that the analysis and military experts of [TT2][29] are concerned with the fact that:

CHERKASOV then spelled out specific facts of concern to military experts at TT2, including details about Russia's preparations near its border with Ukraine.  CHERKASOV wrote that TT1 estimated the "[p]robable duration of the offensive 3-6 weeks [sic]" and that "there are political and economic signals that also underline that the situation near Ukrainian border is estimated by the US as critically dangerous [sic]."   And based on discussions with USP 8 and USP 9 CHERKASOV stated that "the administration is thinking that the situation in Ukraine can't get any better before it gets worse [sic]."  In particular, CHERKASOV sought to relay the following information regarding purported U.S. government thinking about a Russian invasion of Ukraine:

> [TT2][30]-      [USP 9][31] told me that [USP 10][32] made a request to [USP 11][33] (omega dewd [sic] from [TT 2][34] and my professor at [University 1][35]) asking "when was the last time Russian diplomacy was using derogatory terms to address political leader [sic]?  And what happened as of result of it?"  You know why he asked that? Because God damn fucking [USP 12][36] in her reports keeps repeating [sic]that she has never heard in her life that Russian high-ranking diplomats were openly addressing the Ukrainian or any other side in derogatory terms.  She told Blinken[37] and then to [USP 12][38] that Russians were always holding the line of respectful talks, but now it's nothing like that.  So, in her reports she confirms that there is no diplomatic opening possible and Russians are tired and will not negotiate.

---

[29] Abbreviation used.

[30] Abbreviation used.

[31] Full name used.

[32] Last name used.  USP 10 appears to be a senior intelligence official in the Executive Branch.

[33] Full name used.

[34] Abbreviation used.

[35] Abbreviation used.

[36] Last name used.  USP 1 appears to be a senior U.S. diplomatic official.

[37] The U.S. Secretary of State is Anthony Blinken.

[38] Last name used.

-       Also, [USP 9][39] pointed out, referring to [TT1][40] reports (I didn't find them) that Russia has accumulated the record high foreign currency exchange reserve. Which is seen by [TT3][41] experts as a part of military-economy mobilisation [sic] measures.   Basically, even if all the Russia's foreign accounts and debts are arrested, the country will have enough financial power to sustain itself over a long period, sufficient to re-orient supply and production.

-       Very important shit here! [USP 9][42] said that Lloyd Austin[43] before meeting with Reznikov was explicitly instructed by the administration (I don't know by whom exactly) but [USP 9][44] quote "not to give any conceivable signal of the US military involvement potentiality". [sic] Meaning: the administration is definitely not in any position to help Ukrainians, if the fight breaks out.  Whatever the press says or political promises were made, they are not going to be enforced beyond just words.  The administration does not want this conflict, because they don't have any meaningful way of gaining something out of it.

From all this: [TT2][45] reports, [USP 12][46] shit and [USP 9][47]'s sadness about [USP 10][48] and Administration what I can say is that the US experts see the military preparations, see economic mobilisation [sic] signs, diplomatic dead-lock and political fatigue.  All these are the signs of imminent military action that they see become reality this winter or early spring.  There are no signs indicating that the US is going to provide any but political support to the Ukrainians in case of war.

P.S.: [USP 9][49] sent me task [sic], saying he was asked to send it to every "fresh mind" he knows.  The task is "Cooperation with European allies is the only way of securing the US geopolitical interests in Eastern Europe.  Propose a viable short-term, mid-term and long-term engagement strategy. Defend position". [sic]

You know what I think? I think they have no fucking idea what to do….

51.      In an interview with the FBI, USP 9 recalled CHERKASOV as a student in one of

his classes, and indicated he had not seen him or knowingly spoken to him since CHERKASOV

---

[39] Last name used.
[40] Abbreviation used.
[41] Abbreviation used.
[42] Last name used.
[43] Lloyd Austin is the U.S. Secretary of Defense.
[44] Last name used.
[45] Abbreviation used.
[46] Last name used.
[47] Last name used.
[48] Last name used.
[49] Last name used.

graduated in 2020.  USP 9 indicated he had spoken about Russia's intentions leading up to its invasion of Ukraine in numerous settings, including in public and private on-line groups, and on social media in the Fall of 2021.  Your affiant believes CHERKASOV may have obtained information from USP 9 in the U.S. by participating in one of those on-line sessions.

52. On or about December 21, 2021, CHERKASOV drafted an electronic message about U.S. persons ("USP") on Thumb Drive 2.  CHERKASOV summarized a discussion with USP 13—the CEO and cofounder of TT2—about USP 13's article and the Russian military buildup near Ukraine.  CHERKASOV stated that USP 13 "is a valuable contact and it is a good sign that [USP 13][50] is replying to our questions and thoughts" on the current Ukrainian crisis.

53. CHERKASOV's draft message from December 21, 2021, also summarized information he obtained, and conclusions he drew, from discussions with USP 8 and USP 9 "about the Putin's demands for new security arrangements with NATO over the Eastern Europe." CHERKASOV relayed his understanding from those conversations that Putin's demands had not—as apparently previously thought—been rejected.  Instead, CHERKASOV reported, Western countries and the U.S. were considering requests to Russia regarding its anti-satellite weaponry and disinformation efforts.  Based on the intelligence he collected, CHERKASOV advised "[s]o we soud [sic] be ready to negotiate on these two subjects."  CHERKASOV stated "It is interesting that these two having nothing to do with the Ukraine!"

## OVERVIEW OF OTHER CRIMINAL CONDUCT IN THE UNITED STATES

54.    Between October 2017 and September 2020, CHERKASOV engaged in a scheme to fraudulently enter the U.S. and defraud numerous U.S. persons and institutions.  The purpose of that scheme was, in part, to act as a foreign agent for the Russian Federation inside the U.S.

---

[50] Full name used.

without notifying the Attorney General.  As part of CHERKASOV's scheme to defraud, he submitted false and fraudulent information to the U.S. government under penalty of perjury and defrauded numerous entities located in the District of Columbia and elsewhere, including:

    a.      U.S. Bank 1, a U.S. financial institution;

    b.      University 1, a U.S. academic institution of higher education;

    c.      Insurance Company 1, a U.S. insurance corporation;

    d.      Insurance Company 2, a U.S. insurance corporation; and

    e.      THE COMMONWEALTH OF VIRGINIA ("Virginia"), state in the U.S.

## APPLICATIONS TO GRADUATE SCHOOL PROGRAMS IN THE U.S. USING THE FALSE FERREIRA IDENTITY

55.    CHERKASOV submitted applications to attend numerous educational institutions in the U.S., including University 1, and University 2, which is another U.S. academic institution of higher education, located in the District of Columbia.  CHERKASOV used the false FERREIRA legend in his application materials.  In neither application did CHERKASOV disclose his true identity or origin.

56.    In or about October 2017, CHERKASOV—using the FERREIRA legend and fraudulent Brazilian passport—applied to master's degree programs at University 1 and University 2 in the District of Columbia.  In those applications CHERKASOV made numerous false and fraudulent material statements to gain admission.  In addition to providing a false identity, he

claimed to be an orphaned Brazilian national, who was born in Brazil, with a Brazilian passport.[51] Despite lying about his true identity, CHERKASOV attested to the accuracy of his filing to University 1 and acknowledged University 1's Honor Code that included obligations of truthfulness and candor.

57.     On or about March 9, 2018, University 1 sent an email from the District of Columbia to CHERKASOV at his email account in the FERREIRA name informing him he had been admitted to University 1.

58.     In support of his application to University 1, CHERKASOV presented information and documents showing he could afford tuition and support himself, including 2018 bank records from the Bank of Ireland for an account in the FERREIRA name.  Those records showed he had in excess of € 66,731 in his account.   CHERKASOV paid approximately $100 directly to University 1 in the District of Columbia as part of his application fee.  On or about March 17, 2018, CHERKASOV paid an additional $500 electronic payment to University 1 as an initial

---

[51] CHERKASOV did not fully adhere to his "legend" in an admission essay to University 1.  In it, CHERKASOV claimed he was an orphan who had, "lost my parents in the early years of my childhood," and that "I wanted to escape an unfortunate life that awaits the majority of orphans in Brazil."  The orphan story appears to be another fabrication used to elicit sympathy from the graduate-school admissions committee.  According to CHERKASOV's legend, his fictitious parents did not die in the early years of his childhood.  As noted above, according to Brazilian records, FERREIRA's fictitious legend mother, W1, died in Brazil in 2010.   Based on FERREIRA's claimed date of birth in 1989, would have been when FERREIRA was 21 years old.  According to Brazilian authorities, the person FERREIRA claims to be his father—in forms CHERKASOV completed to obtain Brazilian identity documents—died in the Philippines on or about September 20, 2019, when FERREIRA would have been 30.

deposit fee after his acceptance to University 1.   Notification of CHERKASOV's application

payment was made electronically to University 1 personnel in the District of Columbia on or about

May 17, 2018.   As part of his application to University 1, CHERKASOV also completed an I-20

Certificate of Eligibility for Nonimmigrant Student Status ("I-20 Form"), for which University 1

evaluated CHERKASOV's financial information and attested to CHERKASOV's proof of

financial responsibility.   CHERKASOV also requested financial aid from University 1, including

scholarships.   On or about March 9, 2018, University 1, from the District of Columbia, emailed

CHERKASOV to deny him financial aid.

## **VISA FRAUD**

59.     On or about November 3, 2017, CHERKASOV, submitted an online application

for a B1/B2 visa ("Tourist Visa") to DOS, an agency located in the District of Columbia, using the

false FERREIRA identity and the fraudulently obtained Brazilian passport. CHERKASOV made

numerous fraudulent statements under oath on the application.   The oath on the application stated:

"All declarations made in this application are unsworn declarations made under penalty of perjury.

(28 U.S.C. § 1746)," and that, "[y]ou are certifying that you understand that any willfully false or

misleading statement or willful concealment of a material fact made by you within the application

may subject you . . . to criminal prosecution and/or deportation."   The false statements and

representations in the application included:

(1) name, date of birth and place of birth;

(2) identification of his birth mother and birth father;

(3) assertion that he had no aliases;

(4) assertion about whether he had any other nationality or passport;

(5) assertion about languages spoken (omitting Russian); and

(6) assertion that he did not seek to "engage in espionage, sabotage, export control violations, or any other illegal activity while in the United States."

Based on CHERKASOV's false statements, DOS issued a U.S. visa to CHERKASOV (using the false FERREIRA identity).  On or about December 12, 2017, CHERKASOV entered the U.S. using the fraudulently obtained Brazilian passport and Tourist Visa.  He left the U.S. on or about December 16, 2017.

60.     On or about March 9, 2018, University 1 sent an email from the District of Columbia to CHERKASOV at his email account in the FERREIRA name informing him that he had been admitted to University 1.  On or about May 11, 2018—shortly after he received notification of his admission to University 1—CHERKASOV submitted an application for an F-1 student visa to DOS in the District of Columbia ("F-1 Visa") using the false FERREIRA identity and fraudulently obtained Brazilian passport.  The oath on the Application specifically stated, "All declarations made in this application are unsworn declarations made under penalty of perjury. (28

U.S.C. § 1746),” and that, “You are certifying that you understand that any willfully false or misleading statement or willful concealment of a material fact made by you within the application may subject you . . . to criminal prosecution and/or deportation.”   As part of his F-1 Visa Application, CHERKASOV also caused University 1 to submit information to DOS that he had a legitimate reason to enter the U.S. to attend University 1 in person.  On or about May 15, 2018, CHERKASOV further attested on an I-20 Form that the information he provided was true and accurate, and that “I certify that I seek to enter or remain in the U.S. temporarily and solely for the purpose of pursuing a full program of study at the school named above.”  CHERKASOV further made other false statements and representations in the F-1 Application, including:

(1) name, date of birth and place of birth;

(2) identification of his birth mother and birth father;

(3) assertion that he had no aliases;

(4) assertion about whether he had any other nationality or passport;

(5) assertion about languages spoken (omitting Russian); and

(6) assertion that he did not seek to “engage in espionage, sabotage, export control violations, or any other illegal activity while in the United States.”

61.    Based on CHERKASOV’s false information, DOS issued an F-1 Visa to CHERKASOV (in the name of the FERREIRA identity) on or about June 6, 2018.

62.     On or about August 8, 2018, CHERKASOV illegally entered the U.S. using the fraudulently obtained Brazilian passport and F-1 Visa under the FERREIRA identity.

63.     On or about February 7, 2020, CHERKASOV illegally re-entered the U.S. using the assumed FERREIRA identity, fraudulent Brazilian passport, and fraudulently obtained F-1 Visa.

64.     On or about April 16, 2020, CHERKASOV applied for an extension of the fraudulently obtained F-1 Visa using the FERREIRA assumed identity.  The visa application included an I-20 certification completed by CHERKASOV.

65.     On or about April 16, 2020, CHERKASOV mailed his F-1 Student visa extension application package from Arlington, Virginia, to the U.S. Department of Citizenship and Immigration Services, which is part of the U.S. Department of Homeland Security ("DHS"), located in Lewisville, Texas.  CHERKASOV mailed the package using the U.S. Postal Service "Priority Mail Express" and the FERREIRA identity.  DHS granted CHERKASOV a visa extension through July 14, 2021.  On or about September 26, 2020, CHERKASOV left the U.S. using his fraudulent Brazilian passport in the name of FERREIRA.

## CHERKASOV'S CONDUCT RELATED TO BANK FRAUD, WIRE FRAUD, FALSE STATEMENTS, AND FIRST DEGREE FRAUD

66.     Following entry into the U.S. in August 2018, CHERKASOV rented an apartment in Arlington, Virginia using the FERREIRA legend.  Between 2018 and 2020, CHERKASOV paid

over $27,000 in rent in the U.S.  He paid the rent with cash, wire payments, and through the mobile

banking application Zelle.  On or about on July 14, 2020, CHERKASOV fraudulently obtained a

U.S. Social Security Work Authorization card issued on June 30, 2020, in the name of FERREIRA.

67.     On or about August 20, 2018, CHERKASOV applied for three accounts at U.S.

Bank 1 using the FERREIRA identity and fraudulently obtained Brazilian passport.  In his

application to U.S. Bank 1, CHERKASOV failed to identify his employer as the Russian

Federation, declare his Russian citizenship, or provide his true name.  Based upon the fraudulent

information provide to U.S. Bank 1, U.S. Bank 1 did not run additional checks of CHERKASOV's

association with sanctioned entities. U.S. Bank 1 then provided a savings and checking account to

CHERKASOV, and issued him a debit card using the false FERREIRA identity.

68.     U.S. Bank 1 is a financial institution as defined by 18 U.S.C. §20, with deposits

insured by the Federal Deposit Insurance Corporation.  PNC Bank has consistently maintained

financial centers in the District of Columbia since 2015.

69.     While in the U.S., between August 20, 2018, and September 25, 2020,

CHERKASOV made approximately 117 cash deposits, ranging between $40 and $4,900, into U.S.

Bank 1 in excess of  $89,000.  These deposits included cash deposits made in the District of

Columbia that were credited to his U.S Bank 1 account.

70.     On or about September 12, 2018, CHERKASOV fraudulently applied for and

obtained vehicular insurance using the false FERREIRA identity from Insurance Company 1.

71.     On or about September 17, 2018, CHERKASOV fraudulently applied for and obtained renter's insurance using the false FERREIRA identity from Insurance Company 2.

72.     On or about January 29, 2020, CHERKASOV caused an electronic payment to be made from his U.S. Bank 1 account to University 1 in the amount of $16,000 using the false FERREIRA identity.  In total, between August 8, 2018, and January 20, 2020, CHERKASOV caused approximately $53,700 electronic payments to be made from CHERKASOV's accounts at U.S. Bank 1 and Irish Bank 1 to University 1.

73.     Between August 3, 2018, until February 27, 2020, CHERKASOV made four debit card transactions in the District of Columbia, at University 1 and elsewhere, to the benefit of University 1, in the amount of approximately $52,361.  The debit cards used were issued by U.S. Bank 1 and Irish Bank 1.

74.     Between July 1, 2018, and March 27, 2020, CHERKASOV paid in excess of $119,500 to University 1 for tuition, room, board, expenses, books and other fees.  CHERKASOV caused University 1 to be paid through wire transfers, debit card payments, cash, and the use of a tuition payment service that is presently located in Aurora, Colorado.

## Conclusion

75.     Based on the foregoing, your affiant submits there is probable cause to believe that at least between October 2017 and November 2021:

a.     CHERKASOV violated 18 U.S.C. § 951, which makes it a crime to operate within the U.S. subject to the direction or control of a foreign government or official, without prior notification to the Attorney General.  CHERKASOV was in the U.S. between 2017 and 2020, while working at the direction and control of the Russian

Federation.  As part of that mission, CHERKASOV used his FERREIRA alias to enroll in University 1, and collected information and intelligence on NATO, U.S. persons, and U.S. foreign policy, while he was in the U.S.  The information and intelligence he collected was for the direct benefit of the Russian Federation, and contrary to U.S. interests.

b.  CHERKASOV violated 18 U.S.C. § 1546 and 18 U.S.C. § 1001(a)(2), by submitting false and fraudulent information to DOS to obtain a visa using the false FERREIRA identity.  CHERKASOV not only misrepresented his identity and personal information, he actively concealed his intention to collect intelligence in the U.S.

c.  CHERKASOV violated 18 U.S.C. § 1344, by knowingly and intentionally devising a scheme to defraud U.S. Bank 1, by using fraudulently obtained identification documents, lying about his true identity, hiding his true purpose in working for the Russian Federation, in order to obtain a thing of value, that is, unrestricted access to U.S. domestic financial services through Bank 1 in the name of a false person.

d.  CHERKASOV violated 18 U.S.C. § 1343 and 22 D.C. Code §§ 3221 and 3222, by knowing and intentionally devising a scheme to defraud DOS, University 1, University 2, U.S. Bank 1, and other U.S. government agencies and institutions, by using fraudulently obtained identification documents to apply for admission, lying about his true identity, hiding his true purpose in applying for admission (working for the Russian Federation), in order to obtain things of value; that is entry to the U.S., unrestricted access to the U.S. financial system, and a working cover to collect intelligence in the U.S.  In furtherance of those crimes, CHERKASOV sent, or

caused to be sent, electronic communications into the District of Columbia, used electronic payments to pay for his visa applications and tuition to DOS and University 1, and caused electronic wires and communications to and from the District of Columbia, to be sent in international, interstate, and intrastate commerce beyond the borders of the District of Columbia.

e.      CHERKASOV violated 18 U.S.C. § 1028A, by knowingly using and relying upon the fraudulent identity of W1, who was a real person, in order to establish his own scheme to defraud and violate 18 U.S.C. §§ 1001(a)(2), 1343, 1344, and 1546.

Respectfully submitted,

Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 24th day of March, 2023.

Zia M. Faruqui    Digitally signed
by Zia M. Faruqui

ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE